UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH JESNER, *et al.*, <br><br>         Plaintiffs, <br><br>  -against- <br><br> ARAB BANK, PLC, <br><br>         Defendant. | Case No. CV 06-3869 (BMC)(VVP) |
| YAFFA LEV, *et al.*, <br><br>         Plaintiffs, <br><br>  -against- <br><br> ARAB BANK, PLC, <br><br>         Defendant. | Case No. CV 08-3251 (BMC)(VVP) |
| VIKTORIA AGURENKO, *et al.*, <br><br>         Plaintiffs, <br><br>  -against- <br><br> ARAB BANK, PLC, <br><br>         Defendant. | Case No. CV 10-626 (BMC)(VVP) |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned cases hereby appeal to the United States Court of Appeals for the Second Circuit from an Order entered in these actions on August 23, 2013 (docket entry only without docket number) granting Defendant Arab Bank, PLC's motion to dismiss, and from the Judgment dismissing Plaintiffs' claims entered on August


27, 2013 (*Lev* Docket No. 393).

Dated: September 20, 2013

    Respectfully submitted,

    MOTLEY RICE LLC

    /s/ Michael E. Elsner

    Michael E. Elsner
    Jodi Westbrook Flowers
    Vincent I. Parrett
    John M. Eubanks
    Brian T. Frutig
    28 Bridgeside Blvd.
    Mount Pleasant, SC 29464
    (843) 216-9000

    **Counsel for the *Lev* Plaintiffs**

    SAYLES WERBNER P.C.
    Mark S. Werbner
    Joel Israel
    4400 Renaissance Tower
    1201 Elm Street
    Dallas, TX 75270
    (214) 939-8700

    **Counsel for the *Jesner* Plaintiffs**

    STONE & MAGNANINI LLP
    David S. Stone, Esq.
    Jason C. Spiro, Esq.
    Carolyn Rendell, Esq.
    150 JFK Parkway
    Short Hills, NJ 07078
    (973) 218-1111

    **Counsel for the *Agurenko* Plaintiffs**